IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SMB CONSULTING AND INVESTING LLC, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| APPLE VALLEY WASTE SERVICE, INC., | : | NO. 11-2939 |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *20th* day of *July*, 2011, upon consideration of Defendant Apple Valley Waste Service, Inc.'s Motion to Dismiss or Transfer Venue (Docket Nos. 4 & 5), Plaintiff SMB Consulting and Investing LLC's Response in Opposition (Docket No. 7), and Defendant's Reply Brief (Docket No. 9), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and the Clerk is directed to **TRANSFER** the case to the United States District Court for the Northern District of West Virginia.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.